# BECHTLE & MURPHY

Attorneys and Counselors At Law
1225 Franklin Avenue
Suite 325
Garden City, New York 11530
(516) 794-1900
Fax (516) 794-6935

Eugene W. Bechtle, Jr.
ewbjr16@hotmail.com
James R. Murphy
james.murphy@bechtlemurphy.com

Christopher T. Bechtle
Of Counsel

December 26, 2023

Judge Paul A. Engelmayer
United States District Court
Southern District of New York

Re:   Bare Body Laser Spa Inc.
      v. John Billings
      Docket No. 1-23-CV-09951

Dear Judge Engelmayer:

Kindly be advised that I represent the plaintiff Bare Body Laser Spa Inc.

Please note that in the above entitled action the defendant made a motion to dismiss plaintiff's Complaint.

Pursuant to an Order of the Court plaintiff is directed to file an Amended Complaint (if any) by January 5, 2024.

That due to the intervening holidays and pending settlement talks it is respectfully requested that the January 5, 2024 date be adjourned to January 19, 2024.

This application is made with all due respect for the Court and is on consent of defendant.

Thank you for your cooperation herein.

Very truly yours,

Bechtle & Murphy

By: _____
    James R. Murphy

JRM:jg

GRANTED. By January 19, 2024, plaintiff must either oppose defendant's motion to dismiss or file an amended complaint.

If plaintiff opposes defendant's motion to dismiss, defendant's reply, if any, shall be served by February 2, 2024.

If plaintiff amends, defendant must, by February 9, 2024, (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that he relies on the previously filed motion to dismiss. If defendant files a new motion to dismiss or relies on his previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

Dated: December 28, 2023
New York, New York

PAUL A. ENGELMAYER
United States District Judge