IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:23-cv-09951-PAE

BARE BODY LASER SPA INC.,

    Plaintiff,

v.

BANKERS HEALTHCARE GROUP, LLC
and JOHN M. BILLINGS,

    Defendants.

## ORDER SUBSTITUTING COUNSEL

**THIS CAUSE** came upon before the Court upon the foregoing Stipulation. Upon consideration thereof, and the Court being otherwise full advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Daniel DeSouza, Esq. and the law firm of DeSouza Law, P.A. is hereby substituted as counsel of record for plaintiff Bare Body Laser Spa Inc., and James R. Murphy and the law firm of Brechtle & Murphy are hereby discharged as attorney for the above party.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 17, 2024
      New York, New York