UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bare Body Laser Spa Inc., | File No. 24-cv-2977 (ECT/SGE) |
| Plaintiff, | |
| v. | |
| John M. Billings and Lunabit Capital LLC, | |
| Defendants, | **ORDER** |
| and | |
| John M. Billings, | |
| Counter Claimant, | |
| v. | |
| Bare Body Laser Spa Inc., | |
| Counter Defendant. | |

---

Magistrate Judge Shannon G. Elkins issued a Report and Recommendation on May 6, 2025. ECF No. 103. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in this case, Plaintiff's First Amended Complaint [ECF No. 34] will be dismissed. To clarify, Defendant John M. Billings's counterclaims [ECF No.

2

89] are unaffected by this order and remain pending. Accordingly, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 103] is **ACCEPTED**; and

2. Plaintiff's First Amended Complaint [ECF No. 34] is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 22, 2025                         s/ Eric C. Tostrud
                                            Eric C. Tostrud
                                            United States District Court